IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AAMCO TRANSMISSIONS, LLC,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| v. | : | |
| | : | |
| **ADRIAN STUPAR,** | : | |
| **ZART TRANSMISSIONS, INC., and** | : | |
| **STUPAR, INC.,** | : | **NO. 25-cv-2014** |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **18th day** of **November 2025**, upon consideration of AAMCO Transmissions, LLC's Petition to Confirm Arbitration Award (ECF No. 1) and Motion for Default Judgment (ECF No. 15), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Petition to Confirm Arbitration Award (ECF No. 1) is **GRANTED**. The Arbitrator's Final Award, dated April 25, 2024, (ECF No. 1, Ex. C) is **CONFIRMED**.

2. Petitioner's Motion (ECF No. 15) is **GRANTED**.

3. Judgment is entered in favor of Petitioner AAMCO Transmissions, LLC and against Respondents Adrian Stupar, Zart Transmissions, Inc., and Stupar, Inc., jointly and severally, in the amount of **$172,358.22**.

The **CLERK OF COURT** is directed to close this case.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**